JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC S.T.,[1]<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:20-cv-04617-JGB-JC<br><br><br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED that the decision of the Acting Commissioner of Social Security is reversed and this matter is remanded for further administrative action consistent with the April 19, 2022 Report and Recommendation of United States Magistrate Judge.

　　IT IS SO ADJUDGED

　　DATED: May 31, 2022

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.