UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC SHAWN THOMPSON, | ) | Case No. CV 20-4617-JGB-JC |
| Plaintiff, | ) ) | ORDER AWARDING EAJA FEES |
| v. | ) ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) ) | |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

    IT IS ORDERED that fees and expenses in the amount of FOUR THOUSAND EIGHT HUNDRED DOLLARS ($4,800.00) as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: August 3, 2022

                                                /s/
                               HONORABLE JACQUELINE CHOOLJIAN
                               UNITED STATES MAGISTRATE JUDGE